**Order entered January 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01511-CR

**LUIS ARMANDO QUIROZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA-1470927-L**

## ORDER

On December 30, 2016, the clerk's record was filed in this appeal. The documents in the clerk's record are arranged alphabetically. Rule 1 of Appendix C to the Texas Rules of Appellate Procedure provides that the trial court clerk must "(d) arrange the documents in ascending chronological order, by date of filing or occurrence." *See* TEX. R. APP. P. app. C.

We **STRIKE** the December 30, 2016 clerk's record and **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, the clerk's record in chronological order as mandated by the rules of appellate procedure.

/s/     ADA BROWN
        JUSTICE